**Michael E. TACCINO, Sr., Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant—Appellee.**

No. 06–1955.

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2007.

Decided: April 19, 2007.

Michael E. Taccino, Sr., Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, John Walter Sippel, Jr., Kristine L. Sendek Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Taccino, Sr., appeals the district court's order granting the Commissioner's motion for summary judgment in his claim for additional monthly disability insurance benefits. We have reviewed the record and the magistrate judge's opinion * and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Taccino v. Barnhart,* No. 1:05–cv–00602–PWG (D. Md. June 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West Supp.2005).